IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Civil No. 2:10-cv-02644-LKK-DAD |
| Plaintiff, | ) |
| | ) **ORDER GRANTING EX PARTE MOTION** |
| v. | ) **TO CONTINUE STATUS CONFERENCE** |
| | ) |
| LCL ADMINISTRATORS, INC., | ) |
| ELEANOR J. GOOD, and LORETTA A. | ) |
| MIGLIORI, | ) |
| | ) |
| Defendants. | ) |

The United States' Ex Parte Motion to Continue Status Conference is GRANTED.

IT IS ORDERED THAT the Status (Pretrial Scheduling) Conference previously set for

January 10, 2011 at 1:30 PM, before Judge Karlton is continued to January 24, 2011, at 1:30 p.m.

Plaintiff shall serve a copy of this order on each of the parties named in the complaint and any

parties subsequently joined and shall file with the clerk a certificate reflecting such service.

IT IS SO ORDERED.

Dated:  October 15, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT