IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                      No. CIV S-10-2644 LKK DAD

     v.

LCL ADMINISTRATORS, INC.,
ELEANOR J. GOOD, and
LORETTA A. MIGLIORI,

        Defendants.                   <u>ORDER</u>

_____/

        This case came before the court on June 10, 2011, for hearing on plaintiff's motion to compel written discovery and motion for sanctions (Doc. No. 28).  Adair Ford Boroughs, Esq. appeared telephonically for plaintiff.  No appearance was made by or on behalf of defendants.

        The record reflects that defendants did not file written opposition to plaintiff's motion, in violation of Local Rule 251(e).  Plaintiff's counsel advised the court that defendants did not respond to her messages concerning the overdue discovery responses and did not serve any responses to the discovery requests at issue.  Plaintiff's unopposed motion to compel is granted and defendants will be required to respond to plaintiff's discovery requests without objection within fourteen days after the date on which this order is filed.

1

1    The court also grants plaintiff's motion for sanctions.  In open court, plaintiff
2 requested costs of $534.00 for three hours of attorney time at the inflation-adjusted EAJA rate of
3 $178.00.  See Fed. R. Civ. P. 37(a)(5)(A) ("If the motion is granted . . . the court must, after
4 giving an opportunity to be heard, require the party . . . whose conduct necessitated the motion,
5 the party or attorney advising that conduct, or both to pay the movant's reasonable expenses
6 incurred in making the motion, including attorney fees.").  Plaintiff's motion to compel reflects
7 that plaintiff attempted in good faith to obtain defendants' discovery responses before filing the
8 motion to compel them.  See Fed. R. Civ. P. 37(a)(5)(A)(i) & Pl.'s Mot. to Compel (Doc. No. 28)
9 at 2-4.  Defendants have not demonstrated substantial justification for failing to serve timely
10 discovery responses, for failing to respond to plaintiff's motion, or for failing to appear at the
11 hearing of the motion.  See Fed. R. Civ. P. 37(a)(5)(A)(ii).  The court finds no circumstance that
12 makes an award of expenses unjust.  See Fed. R. Civ. P. 37(a)(5)(A)(iii).  Accordingly, plaintiff
13 will be awarded reasonable expenses of $534.00.

14    Good cause appearing, IT IS ORDERED that:

15    1. Plaintiff's unopposed motions to compel written discovery and for  sanctions
16 (Doc. No. 28) are granted;

17    2. Defendants shall serve answers to Plaintiff's First Set of Interrogatories
18 Directed to LCL Administrators, Inc., First Set of Interrogatories Directed to Loretta Migliori,
19 and First Set of Interrogatories Directed to Eleanor Good, without objection, within fourteen days
20 after this order is filed;

21    3. Defendants shall serve responses to Plaintiff's First Set of Document Requests
22 Directed to LCL Administrators, Inc., First Set of Document Requests Directed to Loretta
23 Migliori, and First Set of Document Requests Directed to Eleanor Good, without objection,
24 within 14 days after this order is filed;

25    4. Defendants shall provide Plaintiff with the locations of all responsive
26 documents and an approximate volume of those documents within 7 days after this order is filed

1   and will schedule a mutually agreeable time for plaintiff to inspect such documents within 14

2   days after this order is filed;

3          5. Defendants and their attorney shall pay to the United States a total of $534.00

4   for plaintiff's reasonable costs of making its motion to compel written discovery;

5          6. Defendants and their attorney shall send a cashier's check payable to the

6   United States Treasury, for $534.00, to the U.S. Department of Justice, Tax Division, P.O. Box

7   310, Ben Franklin Station, Washington, D.C. 20044, within 14 days after this order is filed;

8          7. In light of their repeated failure to cooperate with the discovery process,

9   defendants are forewarned that failure to comply with this order will result in the imposition of

10  additional sanctions.

11  DATED: June 14, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/usvLCL2644.oah.mtc.061011