IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Civil No.  2:10-CV-02644-LKK-DAD |
| | ) |
| Plaintiff, | ) **ORDER TO SHOW CAUSE WHY** |
| | ) **DEFENDANTS SHOULD NOT BE HELD** |
| v. | ) **IN CONTEMPT** |
| | ) |
| LCL ADMINISTRATORS, INC., | ) |
| ELEANOR J. GOOD, and LORETTA A. | ) |
| MIGLIORI, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Upon the motion of the United States, the memorandum of points and authorities in support thereof, and the declarations of Department of Justice trial attorney Adair F. Boroughs and IRS Revenue Officer Diana Dino,

IT IS HEREBY ORDERED that the Defendants LCL Administrators, Inc., Eleanor J. Good, and Loretta A. Migliori appear before United States District Court Judge Lawrence K. Karlton, United States District Court Judge, in Courtroom 4, 15th Floor of the United States Courthouse located at 501 I Street, Sacramento, California, on July 18, 2011, 2011, at 10:00 A.M., to show cause why they should not be held in contempt for failure to comply with this Court's March 17, 2011 Order granting a preliminary injunction.

IT IS FURTHER ORDERED that, in accordance with FED. R. CIV. P. 78 and L.R. 230(c),

Defendants LCL Administrators, Inc., Eleanor J. Good, and Loretta A. Migliori file a response to the United States Motion for Contempt on or before July 11, 2011.  If no response is filed and no appearance is made on the above date, the Defendants will be found in contempt, and the Court will impose sanctions and/or incarceration.

**IT IS SO ORDERED.**

DATED: July 6, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Submitted on May 26, 2011,  by:

BENJAMIN B. WAGNER
United States Attorney

 /s/ Adair F. Boroughs
ADAIR F. BOROUGHS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 305-7546