UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

         Plaintiff,

    v.

LCL ADMINISTRATORS, INC.,
ELEANOR J. GOOD, and LORETTA A.
MIGLIORI,

         Defendants.
_____/

NO. CIV. S-10-2644 LKK/DAD

O R D E R

On May 26, 2011, the United States file a Motion for Contempt against defendants Eleanor Good and Loretta Migliori. ECF No. 27. Plaintiff argued that the defendants had failed to comply with three of the terms of a preliminary injunction issued by this court on March 17, 2011. The motion was set for hearing on July 18, 2011. Defendants did not timely file an opposition or a statement of non-opposition. On July 6, 2011, the court issued an Order to Show Cause ordering defendants to appear at the July 18, 2011 hearing, and to file a response to the Motion for Contempt on or before July 11, 2011. ECF No. 32. Defendants filed a response on July 11, 2011,

ECF No. 35.

On July 13, 2011, plaintiff filed a request to withdraw, without prejudice, its motions for sanctions, and to vacate the hearing. Plaintiff states that it appears that defendants have taken steps to comply with the court's preliminary injunction, but that they are not in full compliance. Nonetheless, plaintiff wishes to withdraw its motion in the interest of judicial economy.

Accordingly, the court ORDERS as follows:

[1] Plaintiff's request to withdraw its motion for contempt, ECF No. 32, is GRANTED. The motion is withdrawn without prejudice.

[2] The hearing on plaintiff's motion, currently scheduled for July 18, 2011, is VACATED.

[3] The court's Order to Show Cause, insofar as it required defendants to appear at the July 18, 2011 hearing, is VACATED.

IT IS SO ORDERED.

DATED: July 13, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2