1
2
3
4
5
6
7
8
9
10
11

THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA., | ) |
| Plaintiff, | ) Civil No. 2:10-cv-02644-LKK-DAD ) |
| v. | ) **ORDER TO SHOW CAUSE WHY** ) **DEFENDANTS SHOULD NOT BE HELD IN** ) **CONTEMPT** |
| LCL ADMINISTRATORS, INC., ELEANOR J. GOOD, and LORETTA A. MIGLIORI, | ) ) ) ) |
| Defendants. | ) |

Upon the motion of the United States, the memorandum of points and authorities in support thereof, and the declarations of Department of Justice trial attorney Boris Kukso and IRS Revenue Officer Diana Dino,

IT IS HEREBY ORDERED that the Defendants LCL Administrators, Inc., Eleanor J. Good, and Loretta A. Migliori appear before United States District Court Judge Lawrence K. Karlton, United States District Court Judge, in Courtroom 4, 15th Floor of the United States Courthouse located at 501 I Street, Sacramento, California, on August 29, 2011, 2011, at 10:00 A.M., to show cause why they should not be held in contempt for failure to comply with this Court's March 17, 2011 Order granting a preliminary injunction.

IT IS FURTHER ORDERED that, in accordance with FED. R. CIV. P. 78 and L.R. 230(c), Defendants LCL Administrators, Inc., Eleanor J. Good, and Loretta A. Migliori file a response to the United States Motion for Contempt on or before August 15, 2011. If no response is filed and no appearance is made on the above date, the Defendants will be found in contempt, and the Court will impose sanctions and/or incarceration.

**IT IS SO ORDERED.**

DATED: August 1, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Submitted on July 28, 2011, by:

BENJAMIN B. WAGNER
United States Attorney

  /s/ Boris Kukso
BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-1857