UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

LCL ADMINISTRATORS, INC.,
ELEANOR J. GOOD, and LORETTA A.
MIGLIORI,

          Defendants.
_____/

NO. CIV. S-10-2644 LKK/DAD

O R D E R

    On September 1, 2011, this court issued an order adjudging defendants Migliori and Good in contempt of court for failing to comply with terms of a preliminary injunction issued by the court on March 18, 2011. Specifically, the court found both defendants in contempt for failing to file Form 1120 for the tax years 2008 and 2009. The court also found defendant Good to be in contempt for failing to file Form 1040 forms for tax years 2000 to 2009. The court stayed enforcement of the contempt finding for thirty days, to allow the defendants to show compliance with the preliminary injunction, and ordered defendants to appear at a specially set

1

1 hearing on October 4, 2011.

2   On September 30, 2011, defendants Migliori and Good each filed separate statements with the court stating that they had each complied with the requirements of the preliminary injunction. On October 3, 2011, the United States filed a notice stating that the defendants have complied with the measures for which this court found defendants to be in contempt. Accordingly, the court orders as follows:

   [1]   The defendants have purged the contempt; the hearing scheduled for October 4, 2011 is VACATED.

   IT IS SO ORDERED.

   DATED: October 3, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2